*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED HEALTHCARE INSURANCE COMPANY

vs.                                   NO. 4:11CV00833   SWW

RICH TRANSPORT, INC.

### ORDER OF DISMISSAL

Pursuant to the joint stipulation filed by the parties stating that this cause of action should be dismissed,

IT IS THEREFORE ORDERED that all claims in this cause of action hereby are dismissed with prejudice, each side to bear their own costs and attorney's fees herein.

DATED this 27th day of July 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE